STATE OF MAINE                                    SUPERIOR COURT
                                                  CIVIL ACTION
KENNEBEC, ss.                                     DOCKET NO. AP-08-63


WOODLANDS ASSISTED LIVING
OF BREWER, LLC,

            Petitioner

            v.                                    **DECISION**

COMMISSIONER, MAINE DEPARTMENT
OF HEALTH AND HUMAN SERVICES,

            Respondent


Facts

        Woodlands is a level IV Private, non-Medical Institution that provides assisted living services to residents. Woodlands is subject to the Regulations Governing the Licensing and Functioning of Assisted Housing Programs Level IV Private Non-Medical Institution issued by the Department effective June 1, 2006. On June 20, 2007, the Department issued a Directed Plan of Correction (DPC) to the Woodlands. Woodlands filed an appeal. An administrative hearing was held at DHHS on April 22 and 23, 2008. The hearing officer issued his recommended decision dated June 24, 2008.

        Following the recommended decision of the hearing officer on June 24, 2008, Woodlands filed a response and exceptions to the recommended decision. DHHS Commissioner Brenda Harvey issued her final decision on August 8, 2008, adopting the hearing officer's findings of fact and accepted the recommendation of the hearing officer that the Department was correct when it issued its DPC. Following this decision, the petitioner Woodlands appealed.

Standard of Review

The standard for reviewing the merits of an administrative agency decision is whether the agency abused its discretion, committed an error of law, or made findings not supported on the record. *Botting v. Dep't of Behavioral & Developmental Servs.* 2003 ME 152, ¶ 9, 838 A.2d 1168, 1171 (Me. 2003) and *Centamore v. Dep't of Human Servs.* 664 A.2d 369, 370 (Me. 1995).

Judges may not substitute their judgment for that of the agency merely because the evidence would give rise to more than one result. The administrative decision will be sustained if on the basis of the entire record before it, the agency could have fairly and reasonably found the facts as it did. *Seider v. Bd. of Examiners of Psychologists,* 2000 ME 206, ¶ 9, 762 A.2d 551, 555 (Me. 2000).

Discussion

The evidence indicates that the parties agreed that there were problems and deficiencies but there is a significant difference of opinion regarding the solution to these problems. It is axiomatic that the court cannot substitute its judgment for the judgment of the agency. The question for this court in reviewing the agency's actions is whether the record contains competent and substantial evidence supporting the agency's recommendations. The petitioner does not question the agency's decision to issue a directed plan of correction. The petitioner actually acknowledges that there were deficiencies but the petitioner objects to the recommendations made by the agency in four areas.

First, Woodlands objects to the recommended need for an administrator for administration of drugs, second, the need for additional staffing, third, the need for more between-meals snacks, and, fourth, the presence of urine odor.

After reviewing the record below, the court finds and concludes that there is competent and substantial evidence supporting the agency's findings of deficiencies and the agency's directed plan of correction to alleviate these deficiencies.

For this reason, the court hereby denies the petitioner's 80C appeal.

Dated: June ___, 2009

Joseph M. Jabar
Justice, Superior Court

Attorney for Petitioner
Roger Katz
P O Box 1051
Augusta, ME 04432-1051

Attorney for Respondent
Thomas Bradley
Assistant Attorney General
6 State House Station
Augusta, ME 04333-0006

Date Filed __9/3/08__ __Kennebec__ County Docket No. __AP08-63__

Action __Petition for Review__
80C

J. Mills
Recused

J. JABAR

Woodlands Assisted Living of Brewer, LLC vs. DHHS

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| Roger J. Katz, Esq.<br>227 Water Street<br>P.O. Box 1051<br>Augusta, Maine  04332-1051 | Renee Guignard, AAG<br>6 State House Station<br>Augusta Maine  04333-0006<br>- Thomas C. Bradley, AAG<br>- Doris A. Harnett, AAG |

| Date of Entry | |
|---|---|
| 9/3/08 | Petition for Review, filed. s/Katz, Esq.<br>Original summons with return service, filed.<br>Original summons with return service, filed. |
| 9/9/08 | Letter entering appearance, filed. s/Guignard, AAG |
| 09/11/08 | Filed 09/11/08:  Affidavit or service , with certified mail, return receipt  green cards for Commissioner, Maine Department of Health & Human Services, and Office of the Attorney General.  Filed by Attorney Katz. |
| 09/23/08 | Filed 09/23/08:  Respondent's Motion to Enlarge Time in which to file the Certified Record filed by AAG Guignard. |
| 10/10/08 | ORDER, Mills, J.  (10/8/08)<br>Respondent's Motion for Enlargement of Time to File the Certified Record is hereby GRANTED and the filing date of the record in this case shall be no later than October 30, 2008.<br>Copy mailed to attorneys of record. |
| 11/4/08 | Filed 10/30/08:  Certified Record filed by AAG Guignard |
| 11/5/08 | Notice and Briefing Schedule mailed to attorneys of record. |
| 12/11/08 | Petitioner's Agreed-To Motion To Extend Deadline For Filing Of Petitioner's Brief, filed 12/5/08.  s/Katz, Esq. |
| 12/15/08 | Proposed Order, filed 12/12/08.  s/Katz, Esq. |
| 12/26/08 | ORDER, Marden, J.  (12/23/08)<br>Deadline for filing Petitioner's Brief is extended to 12/22/08.<br>Copy mailed to attorneys of record. |
| 12/26/08 | Petitioner's Brief, filed 12/22/08.  s/Katz, Esq. |
| 1/15/09 | Letter entering appearance, filed 1/9/09.  s/Bradley, AAG |
| 1/15/09 | Assented-To Motion For Enlargement Of Time To File Reply Brief, filed 1/9/09.  s/Bradley, AAG |

| Date of Entry | Docket No. _____ |
|---|---|
| 1/15/09 | Entry Of Appearance, filed. s/Harnett, AAG |
| 2/2/09 | Respondent's Brief, filed 1/30/09. s/Bradley, AAG |
| | Notice of setting for 4/22/09 sent to attorneys of record. |
| 4/22/09 | Hearing held with the Hon. Justice Joseph Jabar, presiding. Roger Katz, Esq. for the Petitioner and Renee Guignard, AAG for the ' Respondent. Court to issue order Case under advisement. |
| 6/25/09 | DECISION, Jabar, J. For this reason, the court hereby denies the petitioner's 80C appeal. Copies to attys. of record. Copies to repositories |